IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRENDA TARRENCE and RONNIE TARRENCE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) CIVIL NO. 05-4090-GPM ) |
| WAL-MART STORES, INC., | ) ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on the Stipulation for Dismissal with prejudice (Doc. 39) filed by the parties.

**IT IS ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the Stipulation for Dismissal filed February 10, 2006, this action is **DISMISSED with prejudice** and without costs.

**DATED**: 02/15/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
      Deputy Clerk

APPROVED: s/ G. Patrick Murphy
      G. PATRICK MURPHY
      CHIEF U.S. DISTRICT JUDGE